IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MACKENZIE LOVIG, et al.,

  Plaintiffs,

  v.

COOPERATIVA DE SERVICIOS DE EXCURSIONES TURISTICAS DE PUERTO RICO, et al.,

Defendants.

CASE NO. 20-1078 (GAG)

## PARTIAL JUDGMENT

Pursuant to Plaintiff's voluntary dismissal under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure at Docket No. 17, partial judgment is hereby entered **DISMISSING without prejudice** all claims against co-defendant Royal Caribbean Ltd.

**SO ORDERED.**

In San Juan, Puerto Rico this 28th day of May, 2020.

*s/ Gustavo A. Gelpí*

GUSTAVO A. GELPI

United States District Judge